```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                          CASE NO. 08 B 23756
    ROOSEVELT WALKER
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3766


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 09/09/2008 and was not confirmed.

    The case was dismissed without confirmation 12/10/2008.
------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PREMIER BANKCARD | UNSECURED | 402.16 | .00 | .00 |
| LITTON LOAN SERVICING LP | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| HOUSEHOLD AUTO FINANCE | SECURED NOT I | NOT FILED | .00 | .00 |
| HOUSEHOLD AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| MORTGAGE ELECTRONIC REGI | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE ELECTRONIC REGI | MORTGAGE ARRE | .00 | .00 | .00 |
| PRODOVIS MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| PRODOVIS MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| PRODOVIS MORTGAGE | MORTGAGE ARRE | 3450.00 | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 14494.88 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 346.49 | .00 | .00 |
| PRA RECEIVABLES MGMT | UNSECURED | 1992.63 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,481.50 | | 788.80 |
| TOM VAUGHN | TRUSTEE | | | 61.20 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 850.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 788.80 |
| TRUSTEE COMPENSATION | | 61.20 |
| DEBTOR REFUND | | .00 |
| TOTALS | 850.00 | 850.00 |


              PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 23756 ROOSEVELT WALKER

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09                     /s/ Tom Vaughn
                            _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE